## THE KANSAS CITY & SOUTHWESTERN RAILROAD COMPANY v. M. C. HEADRICK.

ACTION to recover damages for a railroad right-of-way. Judgment for the plaintiff *Headrick*, at the October term, 1886, of the district court of Cowley county, for $620.66. The defendant *Railroad Company* brings the case here.

*Jos. O'Hare*, for plaintiff in error.

*Peckham & Henderson*, for defendant in error.

*Per Curiam:* The only material questions presented by the record in this case are the same as those involved in *K. C. & S. W. Rld. Co. v. Ehret*, ante, p. 22; same case, 20 Pac. Rep., 538; *K. C. & S. W. Rld. Co. v. Baird*, and *K. C. & S. W. Rld. Co. v. Orr*, just decided; and upon the authority of these cases the judgment of the district court in the present case must be affirmed.